**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------

**INTERNET MEDIA INTERACTIVE CORP.,**

**Plaintiff,**

**v.**

**ALAMO DRAFTHOUSE CINEMAS, LLC,**

**Defendant.**
-------------------------------------------------------------------------

**PLAINTIFF INTERNET MEDIA INTERACTIVE CORP.'S FIRST MOTION FOR EXTENSION OF TIME AND ADJOURNMENT**

**1:19-CV-06439-MKB-SJB**

Plaintiff Internet Media Interactive Corp. ("Internet Media") hereby submits this first unopposed motion for extension of time on behalf of Defendant Alamo Drafthouse Cinemas, LLC ("Alamo Drafthouse"). Alamo Drafthouse was served on November 21, 2019 and its response is currently due on December 12, 2019. (ECF 6). Parties seek an extension of thirty-two (32) days up to and including January 13, 2020 for Alamo Drafthouse to answer or otherwise respond to the Complaint.

Further, parties request adjournment of the initial conference currently scheduled for January 17, 2020 at 12:00 P.M. (ECF 7) to a later date at the Court's convenience.

This is the first request for extension and adjournment. The reason for these requests is to allow counsel for parties to explore potential resolution. All parties agree to this requested extension and adjournment. No party will be prejudiced by this brief extension and adjournment.

WHEREFORE, Plaintiff respectfully moves this Court for an order extending the period for Defendant to answer or otherwise respond to the Complaint up to and including January 13, 2020 and adjournment of the initial conference to a later date at the Court's convenience.

Dated: December 10, 2019

Respectfully submitted,

*/s/ Timothy J. Haller*
Timothy J. Haller (NY Bar: 1241728)
HALLER LAW PLLC
230 E Delaware Pl, Ste 5E

Chicago, IL 60611
Phone: (630) 336-4283
haller@haller-iplaw.com

***Attorney for Plaintiff,***
***Internet Media Interactive Corp.***

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on December 10, 2019 the foregoing **PLAINTIFF INTERNET MEDIA INTERACTIVE CORP.'S FIRST MOTION FOR EXTENSION OF TIME AND ADJOURNMENT** was filed with the Clerk of Court using the CM/ECF system and a copy of the same will be sent to Defendant's counsel via email as follows:

John Russell Emerson
HAYNES AND BOONE, LLP
2323 Victory Ave, Ste 700
Dallas, TX 75219
russ.emerson@haynesboone.com

***Attorney for Defendant,***
***Alamo Drafthouse Cinemas, LLC***

*/s/ Timothy J. Haller*
***Attorney for Plaintiff,***
***Internet Media Interactive Corp.***

- 3 -